FILED '07 JAN 25 15:46 USDC-ORE

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**LINDA GONZALEZ,**              CV 05-1237-AA
    Plaintiff,

                                                                                  ORDER FOR EAJA FEES

vs.

**JO ANNE B. BARNHART,**

    Defendant.

---

       Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6429.00 shall be awarded to Plaintiff's attorney Martin R. Cohen, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this 25 day of January, 2007.

                                                      *Ann Aiken*
                                                    HON. ANN L. AIKEN
                                                    UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**MARTIN R. COHEN,** OSB # 77023
(503) 503-635-5805
Attorney for Plaintiff

ORDER FOR EAJA FEES